# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-50163
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 23, 2018

Lyle W. Cayce
Clerk

BLANCA AVALOS,

     Plaintiff - Appellant

v.

ISAAC A. CORDERO; FELIX VALENZUELA; OSCAR A. LARA,

     Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:17-CV-241

Before SMITH, WIENER, and WILLETT, Circuit Judges.

PER CURIAM:*

     Plaintiff-Appellant Blanca Avalos appeals from the district court's entry of a final judgment as to the three above-named Defendant-Appellees. We affirm for the reasons set forth by the district court. To the extent that Avalos attempts, for the first time on appeal, to compel those Defendant-Appellees to arbitrate, she waived that issue by failing to raise it in the district court.

     AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.